# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GERRY ALAN PATTERSON, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 13-cr-4046-LTS-KEM-1<br>Presiding Judge: Leonard T. Strand<br>Deputy Clerk: Audrey Felderman<br>Official Court Record: Shelly Semmler   Contract? No<br>Contact Information: SSemmlerReporting@gmail.com |

| Date: | 8/16/2024 | Start: | 9:00 AM | Adjourn: | 9:18 AM | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | Time in Chambers: | | n/a | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Forde Fairchild | | | | |
|---|---|---|---|---|---|---|
| | Defendant(s): | CJA Mary Gryva (defendant present) | | | | |
| | U.S. Probation: | PO Chris Hopper | | | | |
| | Interpreter: | n/a | Language: | n/a | Certified: n/a | Phone: n/a |

| TYPE OF PROCEEDING: | DETENTION | | REVOCATION | X | PRELIMINARY EXAMINATION | |
|---|---|---|---|---|---|---|
| | | | | Contested? No | Continued from a previous date? | No |

| | Moving party: | Government (Doc. 228 (sealed)) | |
|---|---|---|---|
| | Nature of proceedings: | | Ruling: |
| | Review of detention or conditions | | |
| | Review of pre-trial release | | |
| | Review of supervised release | X | Supervised release revoked; 36 months' imprisonment BOP. No additional supervised release to follow. |
| | Preliminary examination | | |
| | **Witness/Exhibit List is** | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| | Miscellaneous: | Defendant admits all violations. Those violations established.<br><br>Court to recommend placement at Rochester or as close to Sioux City, Iowa, as possible.<br><br>Defendant detained. | |